HART, APPELLANT, v. THE STATE OF OHIO, APPELLEE.

[Cite as *Hart v. State*, 127 Ohio St.3d 72, 2010-Ohio-4985.]

(No. 2010–1258—Submitted September 28, 2010—Decided October 19, 2010.)

———————

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. III.

{¶ 2} The judgment of the court of appeals is reversed as to that portion of the judgment that rejected a constitutional challenge to the Adam Walsh Act on separation-of-powers grounds on the authority of *State v. Bodyke,* 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753, and the cause is remanded to the trial court for further proceedings, if any, necessitated by *State v. Bodyke.*

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Dinsmore & Shohl, L.L.P., Michael J. Newman, Christopher R. McDowell, and Kurt R. Hunt, for appellant.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Paula E. Adams, Assistant Prosecuting Attorney, for appellee.